IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:25-cr-00176

KELLI RUCKER

## PRELIMINARY ORDER OF FORFEITURE

WHEREAS, the defendant, KELLI RUCKER, appeared before this Court on January 22, 2026, with the effective assistance of counsel, and pled guilty to the Information in this matter, which charged her with a violation of 18 U.S.C. § 1343 (wire fraud);

WHEREAS, the Information also included a forfeiture allegation against KELLI RUCKER seeking a forfeiture money judgment in the amount of $18,472.75 in United States currency, more or less, to the United States pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) and Rule 32.2(a) of the Federal Rules of Criminal Procedure;

WHEREAS, the defendant has consented to forfeit all of her right, title, and interest in the forfeiture money judgment in the amount of $18,472.75 in United States currency, more or less described above which constituted, or was derived from, any proceeds of, or facilitated the commission of, a violation of 18 U.S.C. § 1343 as set forth in the Information;

ACCORDINGLY, based on the foregoing, the Court hereby ORDERS that any and all interest of the defendant, KELLI RUCKER, in the property listed above be and the same hereby is FORFEITED to the United States pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

WHEREAS, Fed. R. Crim. P. 32.2(c)(1) provides that "no ancillary proceeding is required to the extent the forfeiture consists of a money judgment."

Pursuant to Fed. R. Crim. P. 32.2(b)(3), upon entry of this order, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate, or dispose of the property, including depositions, interrogatories, and requests for production of documents, and to issue subpoenas pursuant to Fed. R. Civ. P. 45.

A forfeiture money judgment shall be included in the defendant's sentence, and the United States may take steps to collect the judgment from any property of the defendant, provided, the value of any forfeited specific assets shall be credited toward satisfaction of this money judgment upon liquidation.

The parties stipulate and agree that the aforementioned asset(s) constitute property derived from or traceable to proceeds of defendant's crime(s) herein or property used in any manner to facilitate the commission of such offense(s) and are therefore subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) and Rule 32.2(a) of the Federal Rules of Criminal Procedure. The defendant hereby waives the requirements of Fed. R. Crim. P. 32.2 and 43(a) regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment against defendant. If the defendant has previously submitted a claim in response to an administrative forfeiture proceeding regarding any of this property, defendant hereby withdraws that claim. If defendant has not previously submitted such a claim, defendant hereby waives all right to do so.

As to any specific assets, following the Court's disposition of all timely petitions, a final order of forfeiture shall be entered. If no third-party files a timely petition, this order shall become the final order of forfeiture, as provided by Fed. R. Crim. P. 32.2(c)(2), and the United States shall have clear title to the property and shall dispose of the property according to law.

The Clerk is directed to send certified copies of this Order to counsel of record, to Special Agent, Jennifer L. King, the Federal Bureau of Investigation, 113 Virginia Street, East, Charleston, West Virginia 25301, and to the United States Marshals Service, ATTN: Asset Forfeiture/Jaime Cochran, 85 Marconi Blvd., Room 460, Columbus, Ohio 43215.

IT IS SO **ORDERED** this 19th day of February, 2026.

ENTER:

*David A. Faber*

DAVID A. FABER
United States District Judge

ORDER PREPARED BY:

/s/Justin A. Marlowe
JUSTIN A. MARLOWE
Assistant United States Attorney
WV State Bar No. 9695
300 Virginia Street, East, Room 4000
Charleston, WV 25301
Telephone:   304-345-2200
Facsimile:   304-340-7851
E-mail: justin.marlowe@usdoj.gov